**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **No.: 08-20138-STA** |
| ) | |
| **ANTONIO CLIFTON,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation that the Motion to Suppress Statements (D.E. # 126) filed on September 22, 2011 be denied. Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report and the **MOTION TO SUPPRESS IS DENIED**.

**IT IS SO ORDERED.**

s/S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: November 1, 2011